UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUIS ANTHONY LAGOIS, | CASE NO. 2:17-CV-00310-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court GRANTS Plaintiff's counsel's motion for leave to amend his Motion for Attorney Fees and Expenses under the Equal Access to Justice Act. (Dkt. No. 30.) The Court will treat the briefing found at Dkt. No. 30-2 as Plaintiff's Amended Motion for Attorney Fees (and the material found at Dkt. Nos. 30-3—30-6 as attachments to that motion). Defendant's response to the amended motion, if any, is due by **April 3, 2018**. Plaintiff's reply brief, if any, shall be due on or before **April 6, 2018**, and the motion is re-noted to that date.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed March 27, 2018.

<pre>
                                William M. McCool
                                Clerk of Court

                                s/Paula McNabb
                                Deputy Clerk
</pre>